**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 20, 2026

**Via ECF**
Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

The request to adjourn the initial pretrial conference is GRANTED. The conference scheduled for July 29, 2026 is adjourned to September 15, 2026 at 2:00 p.m. Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts. Parties shall submit a case management plan by one week prior to the conference.

July 21, 2026

SO ORDERED.
LEWIS J. LIMAN
United States District Judge

**Re: *Myrick v. Diaz*, 26 Civ. 2973 (LJL)**

Dear Judge Liman:

This Office represents the defendants (the "Government") in this action brought by plaintiff Brandon Myrick ("Plaintiff") under the Federal Tort Claims Act ("FTCA"). This action concerns injuries allegedly sustained by Plaintiff from a motor vehicle accident involving a United States Postal Service vehicle. I write respectfully to request an adjournment of the initial pretrial conference and corresponding deadline to submit a proposed case management plan.

Plaintiff commenced this action with the filing of a complaint on April 10, 2026. ECF No. 1. On June 24, 2026, this Court ordered the parties to appear for an initial pretrial conference on July 29, 2026, and to jointly submit a proposed case management plan one week prior to the conference. ECF No. 7. However, the Government was not served with the complaint until July 13, 2026. Accordingly, the Government's deadline to respond to the complaint is September 11, 2026. *See* Fed. R. Civ. P. 12 (a)(2). As the Government's time to respond to the complaint has yet to expire, the Government respectfully requests that the deadline to submit a proposed case management plan be adjourned to a date after September 11, 2026, to allow adequate time for the Government to gather information concerning the allegations in the complaint and for the parties to confer. This is the Government's first request for an adjournment of the conference and corresponding case management plan deadline. Plaintiff consents to this request.

I thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: *__/s/ Rachel Kroll__*
RACHEL KROLL
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2765
E-mail: rachel.kroll@usdoj.gov
*Attorney for Defendants*

cc: Plaintiff's counsel (via ECF)