USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 11/02/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRANDON MYRICK,

Plaintiff,

-v-

RONALD V. DIAZ and UNITED STATES POSTAL SERVICE,

Defendants.

---

26-cv-2973 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The parties have submitted a proposed protective order for the Court's consideration. Dkt. No. 17. The proposed protective order differs from the procedures set forth in the Court's Individual Practices in that it contemplates, among other things, that the Court will be asked for a ruling on sealing without the documents to be sealed being presented to the Court. It also differs from the Court's Model Protective Order in that, for example, it omits language in the Model Protective Order making clear that documents filed in federal court are presumptively open to the public and are not to be sealed.

The parties are put on notice that the Court presumes that any document filed in court shall be available to the public and that the parties may not by private agreement limit the public's right of access. The parties shall meet and confer regarding whether the proposed protective order can be conformed to the Court's Individual Practices and the Court's Model Protective Order and, if so, shall submit a revised protective order. To the extent that the parties wish the Court to consider the proposed protective order at Dkt. No. 17, they shall submit a letter no later than November 13, 2026, explaining why the Court's Individual Practices and Model

Protective Order do not fit the needs of this case and why the Court should enter the proposed protective order.

SO ORDERED.

Dated: November 2, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge